UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven M. Tucker

     v.                                                                      Case No. 10-fp-272

NH State Prison, et. al

**O R D E R**

On March 2, 2011, the plaintiff filed a pleading entitled "Motion for Relief of Confindment" [sic]. From a review of that pleading, it appears to relate to the allegations made by complaint filed on July 7, 2010 in the above-captioned case. By order dated July 8, 2010, the plaintiff was notified that no action would be taken in that case unless he paid the $350 filing fee or filed a Motion to Proceed In Forma Pauperis by September 7, 2010. Because the plaintiff failed to take any action by the stated deadline, the case was closed on September 23, 2010.

The clerk's office shall docket the March 2nd motion in the above-captioned case. No action shall be taken on the motion or the underlying complaint unless a $350 filing fee or an a Motion to Proceed In Forma Pauperis is filed on or before May 2, 2011. The plaintiff should note the following:

> **Filing Fee**. Filing fee in the amount of $350, may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, Diners Club, or American Express). The court does not accept personal checks.

- O R -

**In Forma Pauperis**. If in forma pauperis status is sought:

• Motion to Proceed In Forma Pauperis (USDCNH-13 or substantially similar filing);
• Financial Declaration (USDCNH-15 or substantially similar filing);
• Certificate of Custodial Institution (USDCNH-14 or substantially similar filing) completed by an official at the institution.

The failure to pay the filing fee or to submit the required in forma pauperis documents by the stated deadline will result in a dismissal of this action without prejudice.

SO ORDERED.

March 3, 2011                               /s/ Daniel J. Lynch
                                            Daniel J. Lynch
                                            U.S. Magistrate Judge


cc:     Steven M. Tucker, pro se